WILLIAM N. CANNON, Ex'r. of ISAAC BRADLEY, deft. b. app'lt.
*vs.* WILLIAM S. MAULL, plff. b. resp't.

Money which one is bound to pay for another, but which has not been paid, cannot be
recovered back in assumpsit on the common counts, though the plaintiff has given a
bond to pay it.
A contract with several, either jointly or as partners, cannot be enforced by one of them
alone.

THIS was an appeal from the judgment of John M. West, Esq., a
justice of the peace for Sussex county, in an action of assumpsit for
the hire of a hawser and anchor procured by plaintiff for the defend-
ant's vessel in distress. The declaration was in assumpsit with the
common money counts. Plea the general issue.

It appeared in evidence that the defendant below being the owner
of the schooner Betsey Richards, which was stranded on Cape Hen-
lopen, entered into a contract with the plaintiff, agreeing to pay him
$250 for getting her off and delivering her in Lewes creek, and that
he also agreed to furnish the necessary anchors, cables, &c. The
contract was signed by plaintiff as Wm. S. Maull & Co., though the
agreement was made with him alone. The plaintiff got the vessel
off the beach, but a storm coming on he was forced to part his cables
and run up the bay, and again run her ashore. Whilst up the bay
captain Maull hired a hawser and kedge anchor from the agent of
the insurance offices and returned to Lewes, bringing the hawser
and anchor with him. The person of whom these were hired de-
manded $30 of Maull for the hire, and placed the claim in the hands
of another agent of the underwriters to sue Maull. Upon which
Maull brought this suit against Bradley and recovered.

*Cullen*, for defendant below contended, and the *Court* ruled :—

1. That in assumpsit, under the count for money paid, no recovery
can be had upon a legal liability to pay money for defendant, or
even upon giving bond for the payment. A payment must actually
be made. (3 *East.* 169 ; 2 *B. & A.* 51 ; 1 *East. Rep.* 1 ; 2 *Saund.
Pl. & Ev.* 192 ; 8 *Johns. Rep.* 202 ; *Chit. Cont* 591 ; 3 *Wend. R.* 79.)

2. That if the contract was in fact made with the plaintiff below
*and other persons* , either jointly or as partners, the plaintiff could not
recover in his own name. (8 *Wend. Rep.* 542 : *Chit. Plead.* 6, 8 ;
2 *Saund. Pl. & Ev.* 249, 272 ; 6 *Com. L. Rep.* 451.)

Verdict for defendant.

*McFee* and *Houston*, for plaintiff.
*Cullen*, for defendant.